FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 13 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>vs.<br>Nguyen, My Phuong Vu<br>                Defendant. | Case No.: SACR 07-135-AG<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ____CDCA____, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.    [X]  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___backgrd unverified; bail resources unknown; assoc w/multiple personal identifiers; unstable employment;___

      _substance abuse history; conduct evidences_
_a lack of amenability to supervision_

and/or

B.  [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _crim history record, incl prior convs for narcotics offense; history of committing new crimes while under supervision; ongoing substance abuse problem_

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 5/13/10

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE